# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:24-mj-299 |
| Timothi L. Cramer<br>2027 Indianola Ave<br>Columbus, OH 43201 | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 2024 to May 2024** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Sexual Exploitation of a Minor |
| 18 U.S.C. §§ 2252, 2252A | Distribution of Child Pornography. |

This criminal complaint is based on these facts:

See the attached Affidavit of HSI Special Agent Curtis Brabender, which is fully incorporated herein.

☑ Continued on the attached sheet.

**CURTIS W BRABENDER**
Digitally signed by CURTIS W BRABENDER
Date: 2024.06.05 12:40:34 -04'00'

*Complainant's signature*

Curtis Brabender, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/05/2024

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, US Magistrate Judge
*Printed name and title*