UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| **United States of America,** | ) | Case No:  2:24-mj-299 |
| v. | ) | |
| | ) | |
| **Timothi Lyle Cramer** | ) | |
| **2027 Indianola Ave** | ) | MAGISTRATE JUDGE:  VASCURA |
| **Columbus, OH 43201** | ) | |

<u>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**</u>

I, United States Homeland Security Investigations (HSI) Special Agent **Curtis Brabender**, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am employed as a Special Agent (SA) with Homeland Security Investigations (HSI), and I have been so employed since December 2010.  In June 2011, I completed a 22-week training program held at the Federal Law Enforcement Training Center in Glynco, Georgia. I am currently assigned to the National Security - Child Exploitation Group, Assistant Special Agent in Charge (ASAC) Columbus, OH. I am primarily responsible for investigating internet crimes against children, including child pornography offenses and the online exploitation of children, as well as victim identification. Prior to this assignment, I worked in our Sells, Arizona office from June 2011 to June 2017.  I have participated in narcotics, bulk cash smuggling, alien smuggling, firearms, child exploitation, money laundering, and hostage investigations. These investigations have included interviewing defendants and witnesses, conducting surveillance, controlling informants, and preparing and serving search warrants, as well as serving arrest warrants. As part of my duties as a Special Agent, I investigate criminal violations relating to child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2. I, HSI Special Agent Curtis Brabender (your affiant), make this affidavit in support of a criminal complaint to arrest Timothi **CRAMER** for violations of Title 18 United States Code §§ 2251, 2252, and 2252A – the sexual exploitation of a minor and the distribution, receipt, and/or possession of child pornography.  The statements contained in this affidavit are based in part on information and analysis provided by law enforcement agents; written reports about this and other investigations that I have received, and your affiant's personal knowledge and finding during the investigation.  Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant your affiant did not include each and every fact known concerning this investigation.  Your affiant did not

withhold any information or evidence that would negate probable cause.  Your affiant set forth only the facts that are believed to be necessary to establish probable cause that **CRAMER** committed the violations listed above.

## FACTS SUPPORTING PROBABLE CAUSE

3. On or about March 26, 2024, a CyberTipline report was submitted to the National Center for Missing and Exploited Children (NCMEC) by Google, LLC, regarding the uploading of approximately 399 child pornography files to their server on varying dates and times in February and March 2024. The report, labeled as CyberTipline Report #190337622, indicated that user Timothi **CRAMER**, utilizing email address tcramer1980@gmail.com had uploaded the files via his Google account.  The CyberTipline report also identified **CRAMERS** reported date of birth as June 23, 1980 and verified telephone phone number as 380-895-1393.

4. CyberTipline Report #190337622 further indicated that one of the files appeared to contain "one file that was unfamiliar to the NCMEC and may depict newly produced content." Additional information about that one image was also provided due to the fact that the image appeared to be newly created child pornography content. Metadata for that file suggested it was created at or near the Baymont Inn in Columbus, Ohio on or about February 15, 2024, on a Motorola g 5G cell phone.

5. In addition to the CyberTipline Report noted above, seven additional NCMEC CyberTipline reports were linked to **CRAMER** by IP address, phone number, and/or email address. These reports had been submitted to the NCMEC by Google, LLC and Instagram (now identified as Meta) and involved the upload of child pornography to the respective servers and/or discussion of child pornography.  For example, the Timothi **CRAMER** Instagram account with username "TimothiMarchand" had a conversation on or about February 6, 2024 via Instagram in which **CRAMER** asked another Instagram user if that user had "solo cp and brother/sister.  All seven reports were submitted by the various entity to the NCMEC in March 2024.

6. On or about May 20, 2024, the CyberTipline tips were assigned to Columbus Division of Police (CPD) to investigate. On or about May 22, 2204, CPD obtained search warrants for subscriber and content from the Google accounts Tcramer1980@gmail.com and marchandtimothi@gmail.com which had been Google email addresses associated with the **CRAMER** CyberTipline reports.  On or about May 22, 2024, CPD also obtained a search warrant for the Instagram account noted above for username "TimothiMarchand". **CRAMER** was confirmed to be the owner of the Gmail and Instagram accounts based on files, photographs, and videos found within the returned contents.  Child pornography was identified in both Google accounts including the suspected newly created child pornography image. That image was discovered in Google account related to the Tcramer1980@gmail.com address under file name *report_5144927710637088098.jpg* and depicted a prepubescent female, herein after referred to as Minor Victim One (MV1, date of birth August 2015) standing in the front passenger seat of a vehicle. MV1 is positioned facing the person photographing her and has her pants and underwear pulled down to her knees and is lifting her shirt above her belly button to expose her vagina to the camera.

2

7. Content returned in the photographs and videos from the Google account revealed **CRAMER** appeared to have regular access to three minor female children who law enforcement later learned were the minor children of a friend of **CRAMER**. One of the eldest of these children was MV1, the same minor depicted in the above noted image. In addition, there were multiple family pictures saved in the photo section of the account where MV1 was seen with **CRAMER** and other minor children.

8. Hundreds of images and videos which contained child pornography were also identified in the Tcramer1980@gmail.com account contents which generally depicted prepubescent, pubescent, and toddler aged children engaged in sexually explicit conduct. For example, one video was recovered titled *VID_20240112_105327_394-1jucd0w3asy1u.mp4* was approximately 6 minutes and 16 seconds long and showed an adult woman nude from the waist down with a bra on and one breast exposed on a bed with a toddler. The toddler was depicted breastfeeding while the woman inserted her fingers into her vagina. The woman then placed the finger she used to masturbate inside the toddler's mouth repeatedly. The woman is the depicted forcing the face of the toddler into her vagina numerous times and appeared to be trying to force the toddler to perform cunnilingus on her. The toddler was heard crying and whimpering as it tried to pull away.

9. On or about May 23, 2024, a subpoena was sent to AT&T for subscriber information for a captured IP address from the child pornography uploads made in CyberTipline Report #190337622   On or about May 27, 2024, AT&T responsive records were received that indicated the subscriber resided at 2027 Indianola Ave, Columbus, Ohio 43201 which was the same address listed on **CRAMER's** driver's license.

10. On May 24, 2024, subpoena was sent to AT&T for subscriber information for the phone number 380-895-1393 which was listed on several of the CyberTipline Reports. On or about May 30, 2024, AT&T replied that the owner of the number is **CRAMER**.

11. On or about May 29, 2024, a search warrant was obtained to ping (geo locate) **CRAMER'S** cell phone. Return results revealed **CRAMER** was likely at 2027 Indianola Ave, Columbus, Ohio 43201. The following day, a warrant for the arrest of **CRAMER** was filed with the Franklin County Municipal Court for violation of the Ohio Revised Code (ORC) section 2907.322(A)(5), Pandering Sexually Oriented Material Involving a Minor, a felony of the fourth degree. An additional charge of ORC 2907.321(A)(1) was filed later for Pandering Obscenity Involving a Minor, a felony of the second degree.

12. On or about May 30, 2024, **CRAMER** was arrested by CPD officers at 2027 Indianola Ave. A search warrant was executed at his residence and numerous digital media devices were seized as evidence, including **CRAMER'S** cell phone, a Motorola g 5G, the same type of phone the metadata suggested created the newly the image of MV1 on or about February 15, 2024.

13. Upon his arrest, **CRAMER** was advised of his *Miranda* warnings, and he agreed to speak with law enforcement. During the interview, **CRAMER** acknowledged uploading and possessing child pornography to the internet. **CRAMER** also admitted to photographing MV1 in a state of undress at the Baymont Inn on his cell phone.

14. Investigators learned that **CRAMER** was previously convicted on May 5, 2006 out of Lake County Florida for one count of Cruelty Toward Child Aggravated Child Abuse Torture Florida state offense code 827.03.2 a felony in the 1st degree. **CRAMER** was sentenced to 20 years confinement with credited time of 504 days. **CRAMER** was released on 01/28/2022.

## CONCLUSION

15. Based upon the above information, your affiant submits there is probable cause to believe Timothi **CRAMER** has committed violations of Title 18 U.S.C. §§ 2251, 2252, and 2252A – the sexual exploitation of a minor, distribution, receipt, and/or possession of child pornography. Therefore, your affiant respectfully requests this court to issue a Federal criminal complaint and arrest warrant for Timothi **CRAMER**.

CURTIS W BRABENDER
Digitally signed by CURTIS W BRABENDER
Date: 2024.06.05 13:01:37 -04'00'

_____
Curtis Brabender
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me this 5th day of June, 2024.

_____
Chelsey M. Vascura
United States Magistrate Judge
United States District Court
Southern District of Ohio

4